# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-05-8109-R**                        **Date: JULY 17, 2006**

**TITLE: DAILEY DENNIS PIKE V. CAFEPRESS.COM**

====================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>Leonore LeBlanc</u> |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

Dailey Dennis Pike                                 Jill Pietrini

**PROCEEDINGS:** Defendant/Counterclaimant's motion for summary judgment or summary adjudication on all of plaintiff's claims and on 1st counterclaim for cancellation of plaintiff's trademark registration

**THE COURT GRANTS DEFENDANT/COUNTERCLAIMANT'S MOTION FOR SUMMARY JUDGMENT. THE COURT SIGNS THE PROPOSED ORDER AND PROPOSED UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW. DEFENDANT/COUNTERCLAIMANT SHALL SUBMIT A SEPARATE PROPOSED JUDGMENT.**

3 min

**MINUTES FORM 11**                                                     **Initials of Deputy Clerk WH**
**CIVIL -- GEN**